JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND,<br><br>    Plaintiffs,<br><br>    v.<br><br>V DITCH SOLUTIONS, INC., a California corporation,<br><br>    Defendant. | CASE NO.: 5:24-cv-00896-HDV-RAO<br><br>ASSIGNED TO THE HONORABLE HERNAN D. VERA<br><br>**JUDGMENT** |

- 1 -
**JUDGMENT**

20133282013328.doc

1    This action having been commenced on April 26, 2024, and the Court having
2 approved the stipulation for entry of judgment in favor of Plaintiffs and against
3 Defendant, and for good cause shown,

4    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs,
5 Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers
6 Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday
7 Savings Trust, Trustees of the Operating Engineers Training Trust, Trustees of the
8 Operating Engineers Local 12 Defined Contribution Trust, Engineers Contract
9 Compliance Committee Fund, and Southern California Partnership for Jobs Fund, shall
10 recover from Defendant, V Ditch Solutions, Inc., a California corporation, the principal
11 amount of $112,464.13, together with interest thereon at the rate of 8% per annum from
12 June 18, 2025, until paid in full.

14 Dated: __12/01/25_____        _____
15                                   HONORABLE HERNAN D. VERA
                                     UNITED STATES DISTRICT JUDGE